No. 73–5551. SULLIVAN *v.* ILLINOIS DEPARTMENT OF CORRECTIONS ET AL. C. A. 7th Cir. Certiorari denied.

No. 73–5552. SHUMAKE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5556. HARVEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5568. DENNIS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 73–5587. HUDSON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 73–5600. PETERSON *v.* MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 73–5604. WRAGGS *v.* MISSOURI. Ct. App. Mo., St. Louis Dist. Certiorari denied.

No. 73–5608. KROLL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5609. MARTIN *v.* DIRECTOR, PATUXENT INSTITUTION. Ct. Sp. App. Md. Certiorari denied.

No. 73–5647. BOTHELL *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 73–5680. GRCICH *v.* ADMINISTRATOR OF VETERANS' AFFAIRS. C. A. D. C. Cir. Certiorari denied.

No. 73–5682. SEASHOLTZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–5687. CUNNINGHAM *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.